May Term, 1848.

THE STATE v. McMURRIN.

*J. K. Edgerton* and *S. Bigger*, for the defendant.

---

THE STATE *v.* McMURRIN.—In Error.

THIS was an indictment against a supervisor of a road district, charging that he "neglected to keep the roads in his district in good repair," &c. The indictment was quashed for uncertainty. *Held*, the judgment was right. The indictment should have described the particular roads or parts thereof, which were suffered to be out of repair. The judgment is affirmed.